(Post 12/2019)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 14 2022

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

Central Division

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                          NO. 4:21CR00036-05 KGB

BRANDI MICHELLE MYERS                                       DEFENDANT

## WAIVER OF APPEARANCE FOR ARRAIGNMENT
## AND ENTRY OF PLEA OF NOT GUILTY
**(Pursuant to Rules 10 and 43 of the Federal Rules of Criminal Procedure)**

NOW COMES Defendant in the above-referenced case who, along with his/her undersigned attorney, hereby acknowledges the following:

1)   Defendant has received a copy of the indictment, superseding indictment or misdemeanor information in this case.  Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his/her Constitutional rights, after being advised of all of the above by his/her attorney.

2)   Defendant understands he/she has the right to appear personally with his/her attorney before a Judge for arraignment in open court on this accusation.  Defendant further understands that, absent the present waiver, he/she will be so arraigned in open court.

Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the indictment, superseding indictment or information, and by this instrument tenders a plea of "not guilty."  The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.

7/13/22
Date                                    Defendant's Signature

7/14/22
Date                                    Counsel for Defendant's Signature

### ORDER OF COURT

☑   The defendant's request to waive appearance at the arraignment is hereby APPROVED and a plea of not guilty is entered for the defendant effective this date.

☐   The defendant's request to waive appearance at the arraignment is hereby DENIED.

7/14/22
Date                                    Judicial Officer

cc:    All Counsel of Record
       U.S. Probation Office
       U.S. Marshals Service
       Presiding Magistrate Judge